THE PEOPLE, *ex rel.* Fry, *against* THE JUDGES OF THE COURT OF COMMON PLEAS of the county of *Delaware.*

AN alternative mandamus was granted in this cause, commanding the defendants to vacate a rule, allowing the set off of a judgment obtained before a justice of the peace on an attachment, against the relator, in favor of *Mann,* to meet a judgment obtained in the C. P. of *Delaware,* in favor of the relator, against *Mann.* The judgment before the justice was obtained *June 13th,* 1825; the defendant not appearing to contest it. In the court of common pleas, affidavits were produced in behalf of the relator, to shew that nothing was due to *Mann* from the relator; but that if the former had any claim, it was in favor of him and another jointly.

On a return of the affidavits shewing these facts,

*S. Sherwood,* for the relator, moved for a peremptory mandamus.

*S. R. Hobbie,* contra.

*Curia.* The motion must be granted. By the statute, (*sess.* 47, *ch.* 238, *s.* 25, *p.* 291,) a judgment rendered upon attachment, without being contested, is but *prima facie* evidence of a debt. It is impeachable in an action upon it. The court may as well set off a bond or note on motion.

Peremptory mandamus granted.